IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01920-MSK-BNB

JAMES RALPH DAWSON, JR,

Plaintiff,

v.

TWO UNKNOWN NURSES,

Defendants.

---

## ORDER

---

On July 9, 2014, the plaintiff filed a Prisoner Complaint against several named defendants and "Two Unknown Nurses." On July 23, 2014, the court dismissed the named defendants. On July 30, 2014, a request for waiver of service was sent to the Colorado Department of Corrections Office of Legal Affairs. Service was not waived for the "Two Unknown Nurses" because they could not be identified from the information contained in the Complaint [Doc. #9].

The plaintiff may use fictitious names, such as "Two Unknown Nurses," if he does not know the real names of the individuals against whom he is asserting claims. He must, however, provide sufficient information about each defendant so that he or she can be identified for purposes of service.

IT IS ORDERED that on or before **November 10, 2014**, the plaintiff shall identify defendants "Two Unknown Nurses" sufficiently to effect service upon them. Failure to comply

with this order will result in my recommendation that the Complaint be dismissed without prejudice as to the "Two Unknown Nurses."

Dated October 9, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge