IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01920-MSK-BNB

JAMES RALPH DAWSON, JR,

Plaintiff,

v.

TWO UNKNOWN NURSES,

Defendants.
_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

This matter is before me on the plaintiff's **Motion to Amend . . . Parties (Unknown Nurses) to Reflect Correct Identities of the Defendants and Have Them Served with Complaint** [Doc. #21, filed 11/12/2014] (the "Motion"). The Motion is GRANTED.

On July 9, 2014, the plaintiff filed a Prisoner Complaint naming as defendants "Two Unknown Nurses." The plaintiff has identified the nurses as Nurse Lloyd, RN, and Nurse Oliveras, LPN. He states that they may be served at the Fremont Correctional Facility.

IT IS ORDERED:

(1)  The plaintiff's Motion [Doc. #21] is GRANTED.

(2)  The United States Marshal shall serve a copy of the Prisoner Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915, and all other orders on defendants Lloyd and Oliveras. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.

(3)   Defendants Lloyd and Oliveras or counsel for the defendants shall respond to the Prisoner Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated November 17, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge