IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-1920-MSK-NYW

JAMES R. DAWSON, JR.,

    Plaintiff,

v.

MEREDITH LLOYD, and
ELOISE OLIVERAS,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #65**) filed on September 21, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #52**) it is

ORDERED that:

The Recommendation of Magistrate Judge Wang (**Doc. #52**) is **ADOPTED** in accordance with (**Doc. #65**).  Motion to Dismiss (Lloyd) (**Doc. #40**) is **GRANTED**; Motion to Dismiss (Oliveras) **(Doc. #53)** is **GRANTED**.  All claims in this action are DISMISSED.

The case will be closed.

Dated this 21st daySeptember, 2015.

                        ENTERED FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk